UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 19 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANTONIO COLBERT,           )
                           )
         Plaintiff,        )
                           )
     v.                    )  Civil Action No. 10 1399
                           )
F.B.I.,                    )
                           )
         Defendant.        )

## MEMORANDUM OPINION

This matter is before the Court upon consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

Plaintiff alleges that he has "made several attempts to file cases . . . involving police misconduct[,]" and has instead been subjected to harassment by the FBI's security staff. Compl. at 2. He appears to demand that the FBI monitor its employees' calls "because these people think they [are] god[']s gift to the Earth." *Id.* In addition, he demands an award of $10,000. *Id.*

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum

standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff's complaint does not contain a short and plain statement of the grounds upon which the Court's jurisdiction depends or a claim that plaintiff is entitled to the relief he seeks. For these reasons, the complaint will be dismissed for its failure to comply with Rule 8(a). An Order consistent with this Memorandum Opinion is issued separately.

DATE: Aug. 12, 2010

/s/ Gladys Kessler
United States District Judge